JAMES TODD BENNETT
Attorney of Law
P. O. Box 742
El Cerrito, CA  94530
Telephone:  (510) 232-6559
California State Bar No.  113009

Attorney for Petitioner
RAJINDER PAL SINGH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RAJINDER PAL SINGH**, | ) CASE NO: |
| Petitioner, | ) |
| v. | ) **PROOF OF SERVICE** |
| **MICHAEL CHERTOFF**, Secretary, Department of Homeland Security, **NANCY ALCANTAR**, Field Office Director, Immigration and Customs Enforcement, and **ALBERTO GONZALES**, Attorney General of the United States, | ) [Alien Registration No.: A71 789 054] |
| Respondent. | ) |

-1-

**PROOF OF SERVICE**

I, JAMES TODD BENNETT, hereby declare that I am over the age of eighteen, not a party to the within action and am a citizen of the United States of America. My business address is P.O. Box 742, El Cerrito, CA 94530.

On <u>July 31</u>, 2007, I served the within:

**PROPOSED ORDER GRANTING WRIT OF HABEAS CORPUS; PROPOSED ORDER TO SHOW CAUSE; PROPOSED ORDER GRANTING TEMPORARY RESTRAINING ORDER; PETITION FOR WRIT OF HABEAS CORPUS OR, IN THE ALTERNATIVE, ORDER TO SHOW CAUSE; NOTICE OF MOTION AND MOTION FOR EMERGENCY STAY OF EXECUTION AND APPLICATION FOR TEMPORARY STAY ORDER**

ON

| | |
|---|---|
| Edward Olsen, Attorney<br>U.S. Attorneys Office<br>450 Golden Gate Ave, 10th Fl.<br>San Francisco, CA  94102 | Alberto Gonzales, Atty. General<br>U.S. Dept. of Justice<br>P. O. Box 878<br>Ben Franklin Station<br>Washington, D.C.  20044 |
| Nancy Alcantar<br>Field Office Director<br>Immigration and Customs Enforcement<br>Dept. of Homeland Security<br>630 Sansome Street, 5th Fl.<br>San Francisco, CA  94111 | Michael Chertoff, Secretary<br>Department of Homeland Security<br>Washington D.C.  20528 |

by placing true and correct copies thereof in an envelope addressed as above, with sufficient postage affixed thereto, sealing it and placing it in the United States mail at <u>San Francisco</u>, California..

I declare under penalty of perjury under the laws of the state of California that the foregoing declaration is true and correct. Executed on <u>July 31</u>, 2007 at <u>San Francisco</u>, California.

                                          JAMES TODD BENNETT