```
JAMES TODD BENNETT
Attorney of Law
P. O. Box 742
El Cerrito, CA  94530
Telephone:  (510) 232-6559
California State Bar No.  113009

Attorney for Petitioner
RANJIT PAL SINGH
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANJIT PAL SINGH**, <br><br> Petitioner, <br><br> v. <br><br> **MICHAEL CHERTOFF**, Secretary, Department of Homeland Security, **NANCY ALCANTAR**, Field Office Director, Immigration and Customs Enforcement, and **ALBERTO GONZALES**, Attorney General of the United States, <br><br> Respondent. | CASE NO: <br><br> **PROPOSED ORDER GRANTING TEMPORARY RESTRAINING ORDER** <br><br> [Alien Registration No.: A71 789 054] |

On reading the filing of the petition of Rajinder Pal Singh, duly signed and verified by him, and on consideration of petitioner's motion for a restraining order pending disposition of his petition herein,

IT IS HEREBY ORDERED that Michael Chertoff, Secretary of the Department of Homeland Security; Nancy Alcantar, Field Office Director, Immigration and Customs Enforcement; and

-1-

1 Alberto Gonzales, Attorney General of the United States, are
2 hereby enjoined and restrained from removing Rajinder Pal Singh,
3 petitioner herein, from the United States of America to India
4 until _____.
5
6 Dated: _____    _____
                                  JUDGE OF THE DISTRICT COURT