SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Acting Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAJINDER PAL SINGH, ) <br> ) <br>    Petitioner, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary, ) <br> Department of Homeland Security; ) <br> NANCY ALCANTAR, Field Office ) <br> Director, Immigration and Customs ) <br> Enforcement; and ALBERTO ) <br> GONZALES, Attorney General of the ) <br> United States, ) <br> ) <br>    Respondents. ) <br> ) | No. C 07-3943-MMC <br><br> **STIPULATION TO HOLD CASE IN ABEYANCE FOR 60 DAYS; TO STAY PETITIONER'S REMOVAL FOR 60 DAYS; AND TO WITHDRAW A CLAIM FROM THE HABEAS PETITION; AND [PROPOSED] ORDER** |

    Petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval to the Court, to the hold the above-entitled action in abeyance for 60 days, in light of the parties' reasonable expectation that the United States Court of Appeals for the Ninth Circuit will file an opinion in *Amarjeet Singh v. Chertoff*, Appeal No. 05-16005, within the next 60 days. In *Amarjeet Singh*, the Ninth Circuit may determine whether, and under what circumstances, a district court retains habeas jurisdiction over habeas petitions alleging (as here) that an alien received ineffective assistance of counsel in connection with his or her removal proceeding. The Ninth Circuit heard oral argument in

STIPULATION TO HOLD CASE IN ABEYANCE
C-07-3943-MMC                              1

*Amarjeet Singh* on February 12, 2007. Prior to the expiration of the 60-day period, the parties will submit a status report and a stipulated briefing schedule.

During this 60-day period, the respondents agree not to remove the petitioner from the United States.

The parties further stipulate that the petitioner withdraws the claim in his habeas petition that his detention by the United States Immigration and Customs Enforcement (ICE) is in violation of his due process rights and his rights under 8 U.S.C. § 1231(a)(1)(C), 8 C.F.R. § 241.4(d)(1) and (f), in light of the fact that ICE has agreed to release the petitioner under an order of supervision if the petitioner provides ICE with a copy of a valid passport and posts a $25,000 bond.

Date: August 16, 2007                                     Respectfully submitted,

                                                  SCOTT N. SCHOOLS
                                                United States Attorney

                                                /s/
                                                EDWARD A. OLSEN
                                                Assistant United States Attorney
                                                Attorneys for Respondents

Date: August 16, 2007                                     /s/
                                                JAMES TODD BENNETT, Esq.
                                                Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____        _____
                                                MAXINE M. CHESNEY
                                                United States District Judge