SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAJINDER PAL SINGH,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; NANCY ALCANTAR, Field Office Director, Immigration and Customs Enforcement; and ALBERTO GONZALES, Attorney General of the United States,<br><br>    Respondents. | No. C 07-3943-MMC<br><br>**STIPULATION TO A BRIEFING SCHEDULE; AND [PROPOSED] ORDER** |

    Petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval to the Court, to the following briefing schedule.[1]

_____

[1] On August 20, 2007, this Court granted the parties' request to hold the above-entitled action in abeyance for 60 days, in light of the parties' reasonable expectation that the United States Court of Appeals for the Ninth Circuit would file an opinion in *Amarjeet Singh v. Chertoff*, Appeal No. 05-16005, within 60 days. The Ninth Circuit filed its opinion in *Amarjeet Singh* on August 24, 2007. *See Amarjeet Singh v. Gonzales*, ___ F.3d ___, 2007 WL 2406862 (9th Cir. Aug. 24, 2007).

STIPULATION TO A BRIEFING SCHEDULE
C-07-3943-MMC                             1

| | | |
|---|---|---|
| 1 | Respondents' Opposition to Habeas Petition: | September 21, 2007 |
| 2 | Petitioner's Reply: | September 28, 2007 |
| 3 | Hearing: | October 12, 2007, at 9:00 a.m. |

The respondents agree not to remove the petitioner prior to October 19, 2007.

Date: August 29, 2007                                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

_____
Date: August 29, 2007                                    /s/
JAMES TODD BENNETT, Esq.
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 29, 2007                                    _____
MAXINE M. CHESNEY
United States District Judge

STIPULATION TO A BRIEFING SCHEDULE
C-07-3943-MMC                                    2