1  JAMES TODD BENNETT
   Attorney of Law
2  P. O. Box 742
   El Cerrito, CA  94530
3  Telephone:  (510) 232-6559
4  California State Bar No.  113009

5  Attorney for Petitioner
   RAJINDER PAL SINGH
6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9
                                              ) CASE NO:  C07-3943 MMC
10 **RAJINDER PAL SINGH**,                    )
                                              )
11      Petitioner,                           )
                                              ) **PETITIONER'S UNOPPOSED MOTION**
12 v.                                         ) **TO EXTEND TIME BY ONE BUSINESS**
                                              ) **DAY TO FILE REPLY TO OPPOSITION**
13 **MICHAEL CHERTOFF**, Secretary,           ) **TO PETITION; PROPOSED ORDER**
   Department of Homeland                    )
14 Security, **NANCY ALCANTAR**, Field        ) [Alien Registration No.:
   Office Director, Immigration               )  A71 789 054]
15 and Customs Enforcement, and               )
   **ALBERTO GONZALES**, Attorney             ) Hearing Date: October 12, 2007
16 General of the United States,              ) Time:  9:00 a.m.
                                              )
17      Respondent.                           )
                                              )
18 _____/

19      Pursuant to Local Rules 6-1 and 6-3, Rajinder Pal Singh,
20 petitioner herein, hereby respectfully moves the Judge of the
21 United States District Court, Northern District of California,
22 for an order extending the time to reply to Respondent's
23 Opposition to Petition for Writ of Habeas Corpus from the
24 current due date of September 28, 2007 to the next business day,
25 October 1, 2007.

1  Counsel for respondents herein, Edward Olsen, Assistant
2 United States Attorney, United States Attorney Office, does not
3 oppose this motion.

4  The reason for this motion is that counsel for petitioner
5 has been in protracted contested habeas corpus proceedings in
6 <u>Garcia Garnica v. Chertoff, et. al.</u>, United States District
7 Court, Northern District of California, Case No. C07-4953 SBA
8 and <u>Garcia Garnica v. Chertoff, et. al.</u>, United States Court of
9 Appeals for the Ninth Circuit, Case No. 07-16737, for the past
10 four days and has been unable to complete the reply due to the
11 unanticipated conflict.

12  Based on the foregoing, it is respectfully requested that
13 the motion be granted.

14

Dated: <u>September 28, 2007</u>         <u>     /s/     </u>
15                                     JAMES TODD BENNETT
                                       Attorney for Petitioner
16                                     Rajinder Pal Singh

17

18  **DECLARATION OF COUNSEL**

19  I, James Todd Bennett, hereby declare that:

20  1.  I am an attorney at law, duly licensed to practice law
21 by the California State Bar.

22  2.  I am counsel of record for petitioner herein.

23  3.  The reply to the Respondent's Opposition to Petition
24 for Writ of Habeas Corpus is currently due by September 28, 2007
25 by the court's order pursuant to stipulation by the parties.

4. For the past four days, I have been in protracted contested habeas corpus proceedings in <u>Garcia Garnica v. Chertoff, et. al.</u>, United States District Court, Northern District of California, Case No. C07-4953 SBA, and before the United States Court of Appeals for the Ninth Circuit, Case No. 07-16737.

5. I am unable to complete the reply herein by September 28, 2007 due to the conflict and request leave to October 1, 2007 within which to respond.

6. On September 28, 2007 I conferred with Edward Olsen, Assistant United States Attorney, United States Attorney Office, counsel for respondents, and he stated he does not oppose this motion.

7. No prior modifications have been requested or granted.

8. The requested extension will not modify the hearing date of October 12, 2007 unless otherwise ordered by the court.

9. Based on the foregoing, it is requested that the time to reply be extended to October 1, 2007.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 28, 2007 at El Cerrito, California.

/s/
JAMES TODD BENNETT

PROPOSED ORDER

Upon a showing of good cause:

The time for petitioner to reply to the Respondent's Opposition to Petition for Writ of Habeas Corpus is extended to October 1, 2007.

_____
MAXINE M. CHESNEY
United States District Judge