1  JAMES TODD BENNETT
   Attorney of Law
2  P. O. Box 742
   El Cerrito, CA  94530
3  Telephone:  (510) 232-6559
   California State Bar No.  113009
4
5  Attorney for Petitioner
   RAJINDER PAL SINGH
6

7              **UNITED STATES DISTRICT COURT**

8             **NORTHERN DISTRICT OF CALIFORNIA**

9

10 **RAJINDER PAL SINGH**,

11      Petitioner,

12 v.

13 **MICHAEL    CHERTOFF**,   Secretary,
   Department     of     Homeland
14 Security, **NANCY ALCANTAR**, Field
   Office   Director,   Immigration
15 and  Customs  Enforcement,  and
   **ALBERTO    GONZALES**,    Attorney
16 General of the United States,

17      Respondent.

18 _____/

) CASE NO:  C07-3943 MMC
)
)
)
) **PETITIONER'S THIRD UNOPPOSED**
) **MOTION TO EXTEND TIME BY ONE**
) **BUSINESS DAY TO FILE REPLY TO**
) **OPPOSITION TO PETITION;**
) **PROPOSED ORDER**
)
) [Alien Registration No.:
)  A71 789 054]
)
) Hearing Date:  October 12, 2007
) Time:  9:00 a.m.
)
)

19      Pursuant to Local Rules 6-1 and 6-3, Rajinder Pal Singh,

20 petitioner herein, hereby respectfully moves the Judge of the

21 United States District Court, Northern District of California,

22 for  an  order  extending  the  time  to  reply  to  Respondent's

23 Opposition  to  Petition  for  Writ  of  Habeas  Corpus  from  the

24 current due date of October 2, 2007 to the next business day,

25 October 3, 2007.

                              -1-

1    Counsel for respondents herein, Edward Olsen, Assistant

2 United States Attorney, United States Attorney Office, does not

3 oppose this motion.

4    The reason for this motion is that counsel for petitioner

5 has been in protracted contested habeas corpus proceedings in

6 Garcia Garnica v. Chertoff, et. al., United States District

7 Court, Northern District of California, Case No. C07-4953 SBA

8 and Garcia Garnica v. Chertoff, et. al., United States Court of

9 Appeals for the Ninth Circuit, Case No. 07-16737, and Case No.

10 05-75751, recall of mandate, and on October 2, 2007, counsel had

11 to complete an amended brief in Fonseca Ramirez v. Gonzales,

12 United States Court of Appeals for the Ninth Circuit, Case No.

13 04-73367, for the past eight days and has been unable to

14 complete the reply due to the unanticipated conflict.

15    Based on the foregoing, it is respectfully requested that

16 the motion be granted.

17

Dated:   October 2, 2007              /s/
18                               JAMES TODD BENNETT
                                 Attorney for Petitioner
19                               Rajinder Pal Singh

20

21              **DECLARATION OF COUNSEL**

22    I, James Todd Bennett, hereby declare that:

23    1.   I am an attorney at law, duly licensed to practice law

24 by the California State Bar.

25    2.   I am counsel of record for petitioner herein.

-2-

3.    The reply to the Respondent's Opposition to Petition for Writ of Habeas Corpus is currently due by September 28, 2007 by the court's order pursuant to stipulation by the parties.

4.    For the past eight days, I have been in protracted contested habeas corpus proceedings in <u>Garcia Garnica v. Chertoff, et. al.</u>, United States District Court, Northern District of California, Case No. C07-4953 SBA, and before the United States Court of Appeals for the Ninth Circuit, Case No. 07-16737, followed by a motion to recall mandate and reinstate proceedings in Case No. 05-75751.  On October 2, 2007, counsel was delayed in an immigration hearing and then had to complete the amended brief in <u>Fonseca Ramirez v. Gonzales</u>, United States Court of Appeals for the Ninth Circuit, Case No. 04-73367.

5.    I am unable to complete the reply herein by October 1, 2007 due to the conflict and request leave to October 2, 2007 within which to respond.

6.    On October 2, 2007 I conferred with Edward Olsen, Assistant United States Attorney, United States Attorney Office, counsel for respondents, and he stated he does not oppose this motion.

7.    One prior modification has been requested and granted.

8.    The requested extension will not modify the hearing date of October 12, 2007 unless otherwise ordered by the court.

9.    Based on the foregoing, it is requested that the time to reply be extended to October 3, 2007.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 2, 2007 at El Cerrito, California.

_____/s/_____<br>
JAMES TODD BENNETT

-4-

1

PROPOSED ORDER

2
    Upon a showing of good cause:

3
    The time for petitioner to reply to the Respondent's

4
Opposition to Petition for Writ of Habeas Corpus is extended to

5
October 3, 2007.

6

7
                        MAXINE M. CHESNEY
                        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

-5-