IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAJINDER PAL SINGH,

        Petitioner,

  v.

MICHAEL CHERTOFF, et al.,

        Respondents.
                                        /

No. CV-07-3943 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** petitioner's "Petition for Writ of Habeas Corpus, or in the Alternative, Order to Show Cause" is hereby DENIED.

Dated: October 16, 2007

                                            Richard W. Wieking, Clerk

                                            By: Tracy Lucero
                                            Deputy Clerk